# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| VICKI DENNISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:20-cv-888-ECM-SMD |
| | ) |
| JACKSON HOSPITAL & CLINIC, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL

COME NOW the parties, through undersigned counsel, and stipulate to the dismissal, with prejudice, of all claims filed by Plaintiff, with each party bearing her/its own costs.[1]

Dated: January 19, 2022


s/Jamie A. Johnston (ASB-5202-N68J)
Attorney for Plaintiff
Jamie A. Johnston, P.C.
P. O. Box 4663
Montgomery, AL  36103
Phone: (334) 265-8789
Email: Jamie@jjolmstonpc.com

/s/Ben C. Wilson (ASB-1649-I54B)
Attorney for Defendant,
Jackson Hospital & Clinic, Inc.
Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Phone: (334) 206-3100
Email:bcw@rushtonstakely.com

---

[1] Plaintiff's counsel has approved and has authorized the electronic filing of this document by Defendant's counsel.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jamie A. Johnston
JAMIE A. JOHNSTON, PC
Post Office Box 4663
Montgomery, Alabama   36103

                                                */s/ Ben C. Wilson*_____
                                                OF COUNSEL