IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VICKI DENNISON, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | )   CIVIL CASE NO. 2:20-cv-888-ECM |
| | ) |
| JACKSON HOSPITAL, | ) |
| | ) |
|   Defendant. | ) |

**O R D E R**

On January 19, 2022, the parties filed a joint stipulation of dismissal. (Doc. 18). Upon consideration of the joint stipulation, which comports with Fed. R. Civ. P. 41(a)(1), it is

ORDERED that this action is dismissed with prejudice, with each party to bear their own costs.

The Clerk of the Court is DIRECTED to close this case.

DONE this 19th day of January, 2022.

          /s/ Emily C. Marks
          EMILY C. MARKS
          CHIEF UNITED STATES DISTRICT JUDGE